AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Farm Bureau Property & Casualty Insurance Company,

Plaintiff,

v.

Brooke Sachi Metekingi,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-106-HCN

IT IS ORDERED AND ADJUDGED

That, in light of the parties' stipulation, this action is dismissed.

October 17, 2023
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge